UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) CASE NO.   P-15-CR-388 |
| | ) |
| PABLOHERHANDEZ-LARA, | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States Attorney, pursuant to Title 18, United States Code, Section 3583(e)(3), moves the court to revoke the term of supervised release imposed against the Defendant and to require the Defendant to serve in prison all of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for the term previously served on probation.

The Government adopts the facts as stated in the *Second Amended Petition for Warrant or Summons for Offender Under Supervision* filed on November 6, 2015 in this cause regarding the defendant's original sentence.   Further, the Government adopts the allegations of noncompliance as stated in the filed petition.

Wherefore, premises considered, the United States Attorney prays that, pursuant to Title 18, United States Code, Section 3583 (e) (3), the court will revoke the term of supervised release imposed against the Defendant and require the Defendant to serve in prison all of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for the term previously served on post-release supervision.

RICHARD DURBIN
United States Attorney

/S/
_____

Sandy Stewart
Assistant United States Attorney
2500 N. Highway 118, Suite A-200
Alpine, Texas 79830
432.837.7332

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2016, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Attorney of Record

/s/

Sandy Stewart
Assistant United States Attorney